1  NICHOLAS J. BOOS (SBN 233399)
   nboos@maynardcooper.com
2  NORMAN LAU (SBN 253690)
   nlau@maynardcooper.com
3  MAYNARD, COOPER & GALE, LLP
   600 Montgomery Street, Suite 2600
4  San Francisco, CA 94111
   Telephone: (415) 646-4700
5  Facsimile:  (205) 254-1999

6  Attorneys for Defendants
   LIBERTY MUTUAL INSURANCE COMPANY and
7  WEST AMERICAN INSURANCE COMPANY

8  J. EDWARD KERLEY (SBN 175695)
   DYLAN L. SCHAFFER (SBN 153612)
9  CHRISTOPHER CARLING (SBN 254166)
   KERLEY SCHAFFER LLP
10 1939 Harrison Street #500
   Oakland, CA 94612
11 Telephone: (510) 379-5801
   Facsimile: (510) 228-0350
12
   Attorneys for Plaintiff
13 NGU HAHN SON, INC. dba: CHO SENTER MARKET

14

15                  **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17

18

19 NGU HAHN SON, INC. dba: CHO SENTER )   CASE NO.  3:19-cv-00499-RS
   MARKET, a California Corporation       )
20                                        )   **JOINT STIPULATION AND ORDER TO**
                                          )   **DISMISS ACTION WITH PREJUDICE**
21          Plaintiff,                    )
                                          )
22      vs.                               )
                                          )
23 LIBERTY MUTUAL INSURANCE               )
   COMPANY, a corporation, WEST           )
24 AMERICAN INSURANCE COMPANY,            )
   and DOES 1 through 20,                 )
25                                        )
                                          )
26          Defendants.                   )
                                          )
27 _____     )

28

                                 1
   JOINT STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE

1    IT IS HEREBY STIPULATED by and between the Plaintiff Ngu Hanh Son, Inc. and

2   Defendants Liberty Mutual Insurance Company and West American Insurance Company, through

3   their counsel of record, that the above captioned action shall be, and hereby is, dismissed with

4   prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5   Each party shall bear its own fees and costs.

6    All signatories listed, and on whose behalf the filing is submitted, concur in this filing's

7   content and have authorized the filing.

8    IT IS SO STIPULATED.

9   Dated:  November 4, 2020                    MAYNARD, COOPER & GALE, LLP

10

11                                              /s/ Nicholas J. Boos
                                                NICHOLAS J. BOOS
12                                              NORMAN LAU
13                                              Attorney for Defendants
                                                LIBERTY MUTUAL INSURANCE COMPANY
14                                              and WEST AMERICAN INSURANCE
                                                COMPANY
15

16

17  Dated:  November 4, 2020                    KERLEY SCHAFFER LLP

18

19                                              /s/ Dylan L. Schaffer
                                                J. EDWARD KERLEY
20                                              DYLAN L. SCHAFFER
                                                CHRISTOPHER CARLING
21                                              Attorney for Plaintiff
                                                NGU HAHN SON, INC. dba: CHO SENTER
22                                              MARKET

23

24

25

26

27

28

2
JOINT STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE

1

**ORDER**

2

      IT IS HEREBY ORDERED that, pursuant to the parties' Joint Stipulation and  Order to

3

Dismiss Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be,

4

and hereby is, dismissed with prejudice in its entirety as to all claims and parties.  Each party shall bear

5

its own attorneys' fees and costs.

6

      IT IS SO ORDERED.

7

8

   DATED: __November 4, 2020_____      _____

9

             HON. RICHARD SEEBORG
           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE